Christopher E. Hawk, OSB No. 061635
chawk@grsm.com
W. Gregory Lockwood, OSB No. 114415
wglockwood@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
121 SW Morrison Street, Suite 1575
Portland, OR 97204
Telephone: (503) 227-8269
Facsimile: (503) 616-3600

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Eugene Division)

| | |
|---|---|
| MICHAEL EVANS,<br><br>  Plaintiff,<br><br>vs.<br><br>GUARANTY RV, INC. a/b/n GUARANTY RV CENTERS,<br><br>  Defendant. | Case No. 6:19-cv-01062-MK<br><br>**STIPULATED MOTION TO CONTINUE DISCOVERY AND PRETRIAL DEADLINES** |

## STIPULATED MOTION

It is stipulated by the parties that all deadlines for completion of discovery and pretrial submissions should be extended for 120 days, as outlined below:

| DEADLINE | FROM: | TO: |
|---|---|---|
| Discovery Completion | 3/9/2020 | 7/9/2020 |
| Dispositive Motions | 4/8/2020 | 8/6/2020 |
| Joint Alternate Dispute Resolution | 30 days after ruling on dispositive motions or 5/8/2020 | 30 days after ruling on dispositive motions or 6/8/2020 |

To date, the parties have been diligently engaging in document discovery, which has been voluminous, and written discovery. This motion is made to provide adequate time to complete

---

STIPULATED MOTION TO CONTINUE
DISCOVERY AND PRETRIAL DEADLINES - Page 1

**GORDON REES SCULLY MANSUKHANI, LLP**
121 SW Morrison Street, Suite 1575
Portland, OR  97204
Telephone:  (503) 227-8269
Facsimile :  (503) 616-3600

document discovery prior to the 15 depositions that the parties expect to take and allow for possible difficulties in scheduling certain non-party witnesses. It is not made with the intent to delay. Thus, for the forgoing reasons, good cause exists to extend the deadlines as outline below.

RESPECTFULLY SUBMITTED:

DATED this __25th__ day of __February__, 2020.

| GILROY NAPOLI SHORT LAW GROUP | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| /s/ V. Rodriguez<br>Jeff Napoli, OSB No. 990868<br>jnapoli@gnslawgroup.com<br>Veronica R. Rodriguez, OSB No. 181818<br>veronica@gnslawgroup.com<br>*Attorneys for Plaintiff* | /s/ W. Gregory Lockwood<br>Christopher E. Hawk, OSB No. 061635<br>chawk@grsm.com<br>W. Gregory Lockwood, OSB No. 114415<br>wglockwood@grsm.com<br>*Attorneys for Defendant* |

STIPULATED MOTION TO CONTINUE
DISCOVERY AND PRETRIAL DEADLINES - Page 2

**GORDON REES SCULLY MANSUKHANI, LLP**
121 SW Morrison Street, Suite 1575
Portland, OR 97204
Telephone: (503) 227-8269
Facsimile : (503) 616-3600