Christopher E. Hawk, OSB No. 061635
chawk@grsm.com
W. Gregory Lockwood, OSB No. 114415
wglockwood@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
121 SW Morrison Street, Suite 1575
Portland, OR 97204
Telephone: (503) 227-8269
Facsimile: (503) 616-3600
    *Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

(Eugene Division)

| | |
|---|---|
| MICHAEL EVANS,<br><br>    Plaintiff,<br><br>vs.<br><br>GUARANTY RV, INC. a/b/n GUARANTY RV CENTERS,<br><br>    Defendant. | Case No. 6:19-cv-01062-MK<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that as of March 27, 2020, counsel for Defendant has a change in firm address. Please forward all pleadings, correspondence and other documents pertaining to the instant case to the following address:

    Gordon & Rees Scully Mansukhani
    1300 SW 5th Ave, Ste. 2000
    Portland, OR 97201

Dated: March 19, 2020.

    GORDON REES SCULLY MANSUKHANI, LLP

    By: */s/ Christopher E. Hawk*
        Christopher E. Hawk, OSB No. 061635
        chawk@grsm.com
        W. Gregory Lockwood, OSB No. 114415
        wglockwood@grsm.com
        *Attorneys for Defendant*